1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

_____
                                                          )
DAVID ATHEARN, *et al.*,                          )
                                                          )        Case No. C00-1508L
                               Plaintiffs,        )
                                                          )
           v.                                             )        ORDER FOR ENTRY OF JUDGMENT
                                                          )
ALASKA AIRLINES, INC., *et al.*,               )
                                                          )
                               Defendants.       )
_____)

      This matter comes before the Court on defendants' "Request for Entry of Judgment Against Plaintiffs' Counsel."  Counsel objects to the entry of judgment against her on the grounds that she may choose to appeal the Ninth Circuit's decision to the United States Supreme Court and that execution on the judgment should be, or is, stayed until all appeals are completed.  The time for an appeal to the Supreme Court having now run, defendants' motion is GRANTED.

      The Clerk of Court is hereby directed to enter judgment against Ms. Mann and in favor of defendants.  Ms. Mann shall reimburse defendants for their attorney's fees in the amount of $39,638.69, with interest from the date of the Court's order (May 13, 2003) at an annual rate of 1.23%.  Ms. Mann shall also reimburse defendants for costs in the amount of $644.71, with interest from the date of the Ninth Circuit's order (February 1, 2005) at an annual rate of 2.5%.

ORDER FOR ENTRY OF JUDGMENT

DATED this 22nd day of April, 2005.

*Mr S Lasnik*

Robert S. Lasnik
United States District Judge